FILED
2015 MAY 19 AM 11:07
CANDACE EDWARDS
CLERK OF CIRCUIT COURT

IN THE CIRCUIT COURT OF CRAIGHEAD COUNTY, ARKANSAS
FOR THE SECOND JUDICIAL DISTRICT AT JONESBORO

NORMA ROUSE,

    Plaintiff,

vs.

AUTOZONE, INC.,

    Defendant.

Cause No: CV-15-334 (PH)
Div.:
Jury Demanded

## COMPLAINT

Comes now the Plaintiff, Norma Rouse, and would show unto the Court as follows:

I.

That your Plaintiff is a resident citizen of Jonesboro, Craighead County, Arkansas; that your Defendant is a foreign corporation licensed and authorized to do business in the State of Arkansas.

II.

That on or about April 17, 2013, Plaintiff, Norma Rouse, was visiting the store of the Defendant, AutoZone, Inc., whose address is 1804 E Highland, Jonesboro, Arkansas 72401. The floor was left in a dangerous and defective condition due to an object left on the floor, which the Defendant created and/or knew of for a period of time on April 17, 2013. Defendant failed to warn the Plaintiff and or correct the dangerous and defective condition; and due to this, Plaintiff fell and injured herself severely.

### III.

As a direct and proximate result of the negligence of the Defendant, and resulting collision, the Plaintiff, Norma Rouse, suffered serious, painful and permanent injuries, including but not limited to a concussion, a right hip fracture, and mental anguish; Plaintiff incurred doctor, medical, hospital and other bills in an effort to cure said injuries and will in the future incur such expenses; Plaintiff capacity for pleasure, business, work and the enjoyment of life have been impaired.

### IV.

At all times material to this Complaint, the Defendant, Bahama Breeze, had exclusive control of the property in question and had a duty to maintain the premises in a safe condition.

1. The Defendant had a duty to inspect the premises regularly to prevent and/or discover any dangerous conditions or objects, to warn guests and visitors of the existence of such conditions and/or to correct such conditions promptly.

2. The Defendant had actual or constructive notice of the dangerous condition on and about the premises which caused Plaintiff, Norma Rouse, to suffer her injuries.

3. The Defendant was guilty of negligence in that they failed to maintain the premises and ensure same was in a safe condition; failed to inspect the premises on a timely basis; failed to prevent or discover the dangerous condition and objects which caused Plaintiff, Norma Rouse's injury; failed to warn visitors and guests, including Plaintiff, Norma Rouse, of the dangerous condition and objects and failed to correct the dangerous condition in a timely manner.

4. The Defendant was further guilty of negligence in that they failed to post sufficient and adequate warning signs as to the danger therein, so as to create an inherently dangerous situation for guests and visitors attempting to use the premises.

RECEIVED 06/03/2015 01:55PM 5015486326        AUTOZONE

5. As a direct and proximate result of the negligence on behalf of the Defendant, your Plaintiff, Norma Rouse has suffered severe injuries. The Plaintiff, Norma Rouse, may require additional medical treatment in the future and she has incurred significant medical expenses.

6. As a direct and proximate result of the negligence on behalf of the Defendant, your plaintiff, Norma Rouse, has suffered physical pain, mental anguish, loss of enjoyment of life, and impaired ability to enjoy the normal pleasures of life.

7. That the Defendant is guilty of negligence in allowing an unsafe condition to exist on the premises without maintenance and/or treatment of said condition. Said condition having existed for a period of time that your Defendant knew or should have known of the dangerous condition and had not taken adequate precautions to remedy the area of said dangerous condition. That your Plaintiff's injuries and damages were the direct and proximate result of the negligence of the Defendant in creating and failing to remedy said dangerous and defective condition.

WHEREFORE, PREMISES CONSIDERED, PLAINTIFFS RESPECTFULLY PRAY:

1. That proper process issue against the Defendant requiring them to plead and answer.
2. That Plaintiff, Norma Rouse, be awarded compensatory damages in the amount of ONE MILLION and 00/100 ($1,000,000.00) DOLLARS.
3. That the Plaintiff be granted whatever other relief, general or specific, this Court deems equitable and just.
4. Plaintiff demands a Jury to try these issues when joined.

Respectfully submitted this 5th day of May, 2015.

RECEIVED 06/03/2015 01:55PM 5015486326 AUTOZONE

By: _____
Blake Swan
Bar Number: 2013-096
Schwed, Adams, Sobel, & McGinley, P.A.
Clark Tower, Suite 2700
5100 Poplar Avenue
Memphis, Tennessee 38137
Telephone: (901) 322-6114
Facsimile: (877) 333-4033

SCHWED, ADAMS, SOBEL & MCGINLEY, P.A. is surety for the court costs of this cause,

_____
SCHWED, ADAMS, SOBEL & MCGINLEY, P.A.

4