IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**NORMA ROUSE**                                                      PLAINTIFF

v.                          No. 3:15-cv-186-DPM

**AUTOZONE, INC.**                                                   DEFENDANT

## ORDER

Mrs. Rouse is the grandmother of one of my current law clerks. Even if I screened him out of any involvement in this case, a person might reasonably question my impartiality given the close family relationship between a party and a member of my staff. I therefore recuse. The Clerk will reassign this case at random by chip exchange.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 June 2015