## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**NORMA ROUSE**                                                                                              **PLAINTIFF**

**V.**                                        **3:15CV00186 JM**

**AUTO ZONE INC.**                                                                 **DEFENDANT**

## **JUDGMENT**

Based upon the Order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 6th day of August, 2015.

                                                         James M. Moody Jr.
                                                         United States District Judge